power of the circuit court to try movant for a crime committed within its territorial jurisdiction is not impaired.

475 S.W.2d at 12. When an accused has been brought within the custody of the demanding state, the legality of extradition is no longer a proper subject of any legal attack by him. *State v. Williams,* 652 S.W.2d 102, 109 (Mo.banc 1983). *See also Huffman v. State,* 487 S.W.2d 549, 553 (Mo.1972); *State v. Johnson,* 457 S.W.2d 762, 764 (Mo.1970); *Briggs v. State,* 792 S.W.2d 34, 34–35 (Mo. App. W.D.1990).

The order denying Movant's motion without an evidentiary hearing is affirmed.

MONTGOMERY, P.J., and BARNEY, J., concur.

---

*ORDER*

PER CURIAM.

Plaintiff, Barnes Hospital, brought suit against defendant, Linda Walker, to recover fees for medical services it rendered to her deceased husband. After a bench-trial, the trial court entered a judgment in favor of defendant and plaintiff appeals. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

---

■

**BARNES HOSPITAL, Appellant,**

v.

**Linda F. WALKER, Respondent.**

No. 68605.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 25, 1996.

Nicholas G. Higgins, Whaley, Higgins & Associates, Fenton, for appellant.

James P. Beck, Sullivan & Beck, St. Louis, for respondent.

Before CRANE, C.J., AHRENS, J., and BLACKMAR, Senior Judge.

---

■

**Ronald SIMPSON, Petitioner/Respondent,**

v.

**Pamela SIMPSON n/k/a Pamela Kunkel, Respondent/Appellant.**

No. 69234.

Missouri Court of Appeals,
Eastern District,
Division One.

June 25, 1996.

Frank J. Niesen, Jr., St. Louis, for appellant.

Richard Boardman, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.